William D. Hyslop
United States Attorney
Eastern District of Washington
Ian L. Garriques
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Tel. (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 13 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:19-CR-2054-SAB |
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| RUBEN TREY SALINAS III, | Felon in Possession of Firearm |
| Defendant. | 18 U.S.C. § 924, 28 U.S.C. § 2461 Forfeiture Allegations |

The Grand Jury charges:

On or about June 18, 2019, in the Eastern District of Washington, the Defendant, RUBEN TREY SALINAS III, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a Phoenix Arms, Model HP22A, .22LR caliber pistol, bearing serial number 4446487, which had theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of

Indictment                                    1

the Felon in Possession of a Firearm offense, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, the Defendant, RUBEN TREY SALINAS III, shall forfeit to the United States, any firearm involved in the commission of the offense, including but not limited to the following:

    a Phoenix Arms, Model HP22A, .22LR caliber pistol, bearing serial number 4446487.

DATED this 13th day of November, 2019.

A TRUE BILL

_____
Foreperson

William D. Hyslop
United States Attorney

_____
Thomas J. Hanlon
Supervisory Assistant United States Attorney

_____
Ian L. Garriques
Assistant United States Attorney

Indictment    2