PROB 12C
(6/16)

Report Date: June 30, 2022

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ruben Trey Salinas, III | Case Number: 0980 1:19CR02054-SAB-1 |
| Address of Offender: ███████ Prosser, Washington 99350 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: November 18, 2020 | |
| Original Offense: Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 27 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(04/06/2022) | Prison - 1 month<br>TSR - 35 months |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: April 27, 2022 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: March 26, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On May 10, 2022, this officer spoke with Mr. Salinas via telephone call while he was at an inpatient treatment facility and reviewed his judgment and sentence, which outlines the conditions of his supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Salinas is considered to be in violation of his supervised release conditions by failing to report to the probation officer since June 6, 2022.<br><br>On June 2, 2022, this officer made contact with Mr. Salinas after he successfully completed an inpatient treatment program in Chehalis, Washington. Mr. Salinas was instructed to report in person to the Yakima probation office on June 6, 2022.<br><br>On June 6, 2022, Mr. Salinas reported he did not have transportation to Yakima. This officer encouraged him to obtain transportation to report in person to the office. This officer also let him know that I would attempt to contact him at home as well. |

Prob12C
**Re: Salinas, III, Ruben Trey**
**June 30, 2022**
**Page 2**

> On June 14, 2022, and after being unable to contact Mr. Salinas via telephone calls, United States Probation Officer Kyle Mowatt attempted to contact Mr. Salinas at his listed residence as Mr. Salinas had not reported in person to the probation office. Officer Mowatt met with Mr. Salinas' mother and left reporting instructions for Mr. Salinas with her. Mr. Salinas was instructed to report to the Yakima probation office on June 16, 2022. Mr. Salinas did not report to the probation office on June 16, 2022, as required.
>
> On June 22, 2022, this officer made contact with Mr. Salinas via his mother's cellular telephone. Mr. Salinas was instructed to report in person to the Yakima office. Mr. Salinas stated that he could report to the probation office on June 27, 2022, as his mother could transport him. This officer spoke with Mr. Salinas' mother and she stated that she would transport Mr. Salinas to the Yakima probation office on the aforementioned date.
>
> On June 27, 2022, Mr. Salinas failed to report to the Yakima probation office. Mr. Salinas has not made contact with this officer as of the date of this report.

2         **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

> **Supporting Evidence**: Mr. Salinas is considered to be in violation of his supervised release conditions by being unsuccessfully discharged from outpatient substance abuse counseling services at Merit Resource Services (Merit) on June 17, 2022.
>
> On May 31, 2022, Mr. Salinas completed an inpatient treatment program and was recommended to complete intensive outpatient treatment in the community. Mr. Salinas was referred to Merit. On June 1, 2022, Mr. Salinas was admitted into intensive outpatient services at Merit. Mr. Salinas was to attend three treatment groups per week.
>
> On June 9, 2022, Merit reported Mr. Salinas was a no call no show for his outpatient group and they could not make contact with him. Mr. Salinas was sent a letter letting him know that if he did not make contact with Merit by June 17, 2022, his file would be closed.
>
> On June 16, 2022, this officer received a call from Mr. Salinas' counselor and she reported Mr. Salinas has not made contact with her since the previous week. Mr. Salinas missed his three groups for the week of June 13, 2022. She stated if Mr. Salinas did not respond to Merit, he would be terminated from services.
>
> On June 23, 2022, this officer received notice from Merit that Mr. Salinas' treatment file was closed on June 17, 2022, as he dropped out of treatment services.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Salinas, III, Ruben Trey**
**June 30, 2022**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 30, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

*Stanley A. Bastian*

Signature of Judicial Officer

7/1/2022

Date