PROB 12C  
(6/16)

Report Date: November 22, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ruben Trey Salinas, III.     Case Number: 0980 1:19CR02054-SAB-1

Address of Offender:                              Prosser, Washington 99350

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 18, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 27 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (04/06/2022) | Prison - 30 days TSR - 35 months | |
| Revocation Sentence: (08/03/2022) | Prison - Time Served (37 days) TSR - 33 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 10, 2022 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: May 9, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On September 8, 2022, the supervised release conditions were reviewed and signed with Mr. Salinas, acknowledging an understanding of his conditions, which included standard condition number 2.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Salinas is considered to be in violation of his supervised release conditions by failing to report to his probation officer as instructed on November 4, 2022. |
| | On October 11, 2022, this officer met with Mr. Salinas at his residence. Mr. Salinas was exploring the possibility of moving to Pasco, Washington. He was instructed to report in person to the U.S. Probation Office in Yakima, Washington, on November 4, 2022, to follow up on a transfer request. |

Prob12C
Re: Salinas, III., Ruben Trey
November 22, 2022
Page 2

On November 4, 2022, Mr. Salinas failed to report to his probation officer or the probation office. On November 9, 2022, this officer attempted to contact Mr. Salinas at his residence with no success. This officer spoke with Mr. Salinas' mother via telephone and asked for Mr. Salinas. His mother stated that he was not home and would instruct Mr. Salinas to report to this officer.

On November 18, 2022, this officer attempted to contact the offender at his residence with no success. This officer spoke with his mother. Mr. Salinas' mother asked if Mr. Salinas had not reported to this officer. This officer let her know that Mr. Salinas had not made any effort to communicate with this officer. This officer informed her that a request for a warrant would be made as his whereabouts is unknown.

As of the date of this petition, Mr. Salinas has not reported to his probation officer and his whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 22, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*
Signature of Judicial Officer

11/22/2022
Date