PROB 12C
(6/16)

Report Date: August 4, 2023

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2023
SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Ruben Trey Salinas, III. | Case Number: 0980 1:19CR02054-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Prosser, Washington 99350 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: November 18, 2020 | |
| Original Offense: Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 27 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (04/06/2022) Prison - 30 days; TSR - 35 months | |
| Revocation Sentence: (08/03/2022) Prison - Time Served (37 days); TSR - 33 months | |
| Revocation Sentence: (05/02/2023) Prison - Time Served (29 days); TSR - 32 months | |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: May 16, 2023 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: January 15, 2026 |

### PETITIONING THE COURT

To issue a summons.

On June 8, 2023, the supervised release conditions were reviewed and signed with Mr. Salinas, acknowledging an understanding of his conditions, which included standard condition number 2.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Salinas is considered to be in violation of his supervised release conditions by failing to successfully complete his substance abuse treatment program since July 27, 2023. |

Prob12C
Re: Salinas, III., Ruben Trey
August 4, 2023
Page 2

On July 13, 2023, Mr. Salinas' treatment counselor at Merit Resource Services (Merit) notified this officer that Mr. Salinas was not attending his required treatment groups nor had he contacted his counselor. Mr. Salinas was given until July 20, 2023, to contact Merit and reengage treatment services.

On July 27, 2023, Mr. Salinas' counselor notified this officer that Mr. Salinas' treatment file was closed at Merit as he left the program without notice. As of the date of this petition, Mr. Salinas has not made an effort to reengage substance abuse treatment services.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 4, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/9/2023
Date