PROB 12C
(6/16)

Report Date: August 24, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Ruben Trey Salinas, III. | Case Number: | 0980  1:19CR02054-SAB-1 |
| Address of Offender: | ███████████ Prosser, Washington 99350 | | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 18, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 27 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (04/06/2022) | Prison - 30 days; TSR - 35 months | | |
| Revocation Sentence: (08/03/2022) | Prison - Time Served (37 days); TSR - 33 months | | |
| Revocation Sentence: (05/02/2023) | Prison - Time Served (29 days); TSR - 32 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | May 16, 2023 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: | January 15, 2026 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 08/04/2023.

On June 8, 2023, the supervised release conditions were reviewed and signed with Mr. Salinas, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**:  Mr. Salinas is considered to be in violation of his supervised release conditions by committing third degree theft on or about August 19, 2023, per Grandview Police Department (GPD) incident report number 23V4698.

On August 19, 2023, at approximately 6:34 p.m., GPD Officer Viega was dispatched to the Safeway grocery store in reference to a theft in progress. Upon arrival the suspect had already fled the area on foot.

Prob12C
Re: Salinas, III., Ruben Trey
August 24, 2023
Page 2

The officer contacted store employee, NW, to review the camera footage from the incident. Upon observations he immediately identified subject, FR, from previous law enforcement contacts. NW displayed the video footage of FR stealing. The officer observed FR go down one of the shopping aisles and grab what appeared to be a women's hair dye container valued at $13.49 and place the item into his backpack. The officer then observed FR walk to the liquor aisle and grab a bottle of Olmeca Altos Tequila valued at $36.99. The officer observed FR walk back down the liquor aisle, lift his shirt, and place the bottle of alcohol under his shirt. FR then walked straight to the south exit of the store, passing all areas of sale, and exited with the stolen merchandise.

While reviewing the footage of FR, the officer observed that he had been seen walking very close to another subject. The subject was a Hispanic male, with long black hair, a goatee, wearing a grey sweater, black pants, and black shoes. Upon further examining the video of the second subject, the officer realized FR was not there alone. The officer identified the second subject as Ruben Salinas (DOB: 01/16/1998), through previous law enforcement contacts. The officer requested NW go back through the video footage and follow Mr. Salinas throughout the store.

After reviewing the video footage of Mr. Salinas walking through the store, the officer observed Mr. Salinas steal multiple bottles of alcohol. The officer observed through the video footage that Mr. Salinas walked down the liquor aisle and grabbed a bottle of Sauza Horn Tequila, valued at $59.99. Mr. Salinas took the bottle and walked to the bread aisle of the store. The officer observed Mr. Salinas stuff the bottle of liquor up his shirt. Mr. Salinas walked back to the liquor aisle and grabbed a second bottle of Sauza Horn Tequila valued at $59.99, and stuffed it up the other side of his shirt.

The officer observed Mr. Salinas walk straight toward the south exit of the store past all areas of sale and exit the store. In the photograph obtained of Mr. Salinas exiting, it could be seen he was supporting the left side of his shirt with his arm, and his right arm was pinned against his side.

Video footage and photographs of both FR and Mr. Salinas were captured and uploaded to evidence.com. At the request of NW, the officer was asked to trespass Mr. Salinas and FR from the store indefinitely.

The officer cleared with probable cause to arrest Mr. Salinas and FR for third degree theft and on an active arrest warrant out of the Grandview Police Department for providing false statements. Receipts for the property stolen were obtained and uploaded to the case file. Mr. Salinas was not located at this time or trespassed from Safeway. Charges against Mr. Salinas for the crime of third degree theft will be completed and forwarded to the prosecutor.

On August 20, 2023, the officer contacted Mr. Salinas' mother via a phone call in an attempt to obtain a good address for Mr. Salinas to provide the prosecutor's office when charges were filed. Mr. Salinas' mother provided the officer an address and asked what Mr. Salinas had done. The officer explained Mr. Salinas had been seen stealing with FR and requested she tell Mr. Salinas to turn himself in. Mr. Salinas' mother told the officer she had been contacted by FR the previous night regarding buying alcohol that they had obtained due a party being cancelled. It is unsure if FR and Mr. Salinas were trying to sell the alcohol that they had stolen.

Prob12C
**Re: Salinas, III., Ruben Trey**
**August 24, 2023**
**Page 3**

|   |   |
|---|---|
|   | After ending the call with Mr. Salinas' mother, the officer received a call from Mr. Salinas who claimed he did not steal anything and officers should review the footage again. The officer told Mr. Salinas the video had been reviewed and to turn himself in if he was innocent. Mr. Salinas did not turn himself in at that time. |
| 3 | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |
|   | **Supporting Evidence**: Mr. Salinas is considered to be in violation of his supervised release conditions by failing to report to his probation officer that he was questioned by a law enforcement officer on or about August 20, 2023, per GPD incident report number 23V4698. |
|   | On August 20, 2023, GPD Officer Viega contacted Mr. Salinas' mother via phone call regarding Mr. Salinas' alleged theft. After ending the call with Mr. Salinas' mother, the officer received a call from Mr. Salinas where he claimed he did not steal anything and that officers should review the footage again. The officer told Mr. Salinas the video had been reviewed and to turn himself in if he was innocent. Mr. Salinas failed to report this law enforcement contact with his probation officer. |
| 4 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
|   | **Supporting Evidence**: Mr. Salinas is considered to be in violation of his supervised release conditions by failing to report to his probation officer as instructed on August 22, 2023. |
|   | On August 21, 2023, this officer attempted to contact Mr. Salinas at his reported address; his mother's home. This officer met with Mr. Salinas' mother and she stated Mr. Salinas has been residing at this home sporadically. This officer asked her to inform Mr. Salinas when he returned home this day, to contact this officer tomorrow (August 22, 2023). Mr. Salinas' mother stated she would let Mr. Salinas know to contact his probation officer. |
|   | On August 23, 2023, this officer contacted Mr. Salinas' mother by telephone to ask of Mr. Salinas' whereabouts. Mr. Salinas' mother stated she informed Mr. Salinas on August 21, 2023, when he arrived home to contact this officer. This officer let her know Mr. Salinas had not contacted this officer. Mr. Salinas' mother did not know of Mr. Salinas whereabouts. As of the date of this petition, Mr. Salinas is aware he needs to contact his probation officer and he has not made an effort to do so. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 24, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Salinas, III., Ruben Trey
August 24, 2023
Page 4

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

8/25/2023

Date