PROB 12C
(6/16)

Report Date: September 27, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ruben Trey Salinas, III. | Case Number: 0980 1:19CR02054-SAB-1 |
| Address of Offender: ▮▮▮▮▮ Prosser, Washington 99350 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 18, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 27 months; TSR - 36 | Type of Supervision: | Supervised Release |
| Revocation Sentence: (04/06/2022) | Prison - 30 days; TSR - 35 months | | |
| Revocation Sentence: (08/03/2022) | Prison - Time Served (37 days); TSR - 33 months | | |
| Revocation Sentence: (05/02/2023) | Prison - Time Served (29 days); TSR - 32 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | May 16, 2023 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: | January 15, 2026 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/04/2023 and 8/24/2023.

On June 8, 2023, the supervised release conditions were reviewed and signed with Mr. Salinas, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Mr. Salinas is considered to be in violation of his supervised release conditions by unlawfully possessing a controlled substance, fentanyl, on or about September 22, 2023, per Grandview Police Department (GPD) incident report number 23V5429. |

Prob12C
**Re: Salinas, III., Ruben Trey**
**September 27, 2023**
**Page 2**

On September 22, 2023, at approximately 4:02 a.m., Officer Weron observed a 2006 Suzuki Aerio, bearing Washington license plate BHB2901, parked outside 1304 Vista Drive. The officer made contact with the vehicle and observed two individuals asleep in the car. He identified the individual in the drivers seat as SED and the passenger as Ruben Tray Salinas (date of birth January 1, 1998).

The officer was aware that Mr. Salinas had a United States District Court warrant which he confirmed through dispatch. Following the warrant being confirmed and more officers arriving on scene, Mr. Salinas was taken into custody without incident. Mr. Salinas had a Ziplock-style bag with several pills of different colors, which appeared to be fentanyl based on law enforcement training and experience. Prior to the search incident leading to the offender's arrest, Mr. Salinas informed the officer he had "pills" in his pocket and that he might have smoked them all. After the officer discovered the bag of pills, he asked Mr. Salinas what they were and to which he stated "pills." The officer asked what kind of pills they were and Mr. Salinas advised "fentanyl." There was a total of 6 grams of gross weight pills. The bag was entered into evidence to be destroyed. This officer was contacted by law enforcement and made aware of Mr. Salinas' arrest and violation of his supervision terms. Mr. Salinas was transported to the Sunnyside Jail and booked into their custody without incident.

6  **Special Condition #16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Salinas is considered to be in violation of his supervised release conditions by consuming a controlled substance, fentanyl, on or about September 22, 2023, per Grandview Police Department (GPD) incident report number 23V5429.

Please refer to the supporting evidence in violation #5 for details.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 27, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Salinas, III., Ruben Trey
September 27, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

9/28/2023
Date